FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,
    v.
ERIK OSVALDO ESPINOZA-RODRIGUEZ
          Defendant.

Case No.: 14 MJ 148

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- IMMIGRATION STATUS UNDOCUMENTED
- FAILURE TO APPEAR / ACTIVE WARRANT
- SUBMISSION TO DETENTION

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 4/4/14

           HONORABLE DAVID T. BRISTOW
16         United States Magistrate Judge